FILED

2007 FEB 16 PM 5:23

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                  Case No. 6:89-cr-157-Orl-18DAB

**GARY SABOL**

---

## ORDER ON REVOCATION OF SUPERVISED RELEASE
## AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed October 20, 2006 (Doc. No. 659), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge David A. Baker on January 22, 2007 and subsequently, a Report and Recommendation (Doc. No. 673) was entered by Magistrate Judge David A. Baker on January 29, 2007.

The defendant appeared before this Court on February 14, 2007, with counsel, Michelle P. Smith and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 673) and finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a period of **10 Months**.

The defendant is hereby **REMANDED** to the custody of the United States Marshal for service of sentence at the institution designated by the Bureau of Prisons.

It is **FURTHER ORDERED** that upon release from imprisonment, GARY SABOL is released from further supervision by this Court.

**DONE** and **ORDERED** at Orlando, Florida this _16_ day of February, 2007.

JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Gary Sabol